UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OOMPH INNOVATIONS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHENZHEN BOLSESIC ELECTRONICS CO. LTD., et al.,<br><br>　　　　　Defendants. | Case No. 5:18-cv-05561-EJD<br><br>**JUDGMENT** |

　　　On September 30, 2020, the Court granted Plaintiff's motion for default judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Oomph Innovations LLC and against Defendants Shenzhen Bolsesic Electronics Co. Ltd., Guangzhou Welltop Electronic Co. Ltd., and Ukliss Electric Appliance Co., Ltd.  Plaintiff is awarded damages in the amount of $518,968.70 and injunctive relief as outlined in the Court's Order Granting Default Judgment.  Dkt. No. 39.  The Clerk of Court shall close the file in this matter.

　　　**IT IS SO ORDERED.**

Dated:  September 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
EDWARD J. DAVILA
United States District Judge